IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALCARIO B. SOLIZ, § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 5:19-CV-00524-FB-RBF |
| § | |
| CITIMORTGAGE, INC., § | |
| *Defendant.* § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiff Alcario B. Soliz ("Plaintiff") and Defendant CitiMortgage, Inc. ("Defendant") (collectively, the "Parties"), and file this Joint Motion to Dismiss with Prejudice (the "Joint Motion").

The Parties have settled this matter. Accordingly, the Parties jointly request that the Court enter the attached Agreed Order of Dismissal with Prejudice, dismissing with prejudice all claims that Plaintiff asserted, or could have asserted, against Defendant in this lawsuit. The Parties also request that the Court enter the attached Final Judgment. The Parties further request that all taxable costs, expenses, and attorney fees be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant the Joint Motion to Dismiss with Prejudice, dismiss this action with prejudice, enter the Agreed Order of Dismissal with Prejudice and Final Judgment submitted herewith, and order that all taxable costs, expenses, and attorney fees be borne by the party incurring same.

Respectfully submitted,

/s/ Oscar L. Cantu
**Oscar L. Cantu**
State Bar No. 03767448
R3Oscar@aol.com
Law Office of Oscar L. Cantu
1004 S. St. Marty's St.
San Antonio, TX 78502
(210) 846-0356
(210) 941-0811 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

*/s/ Elizabeth Hayes*
**B. David L. Foster**
Texas Bar No. 24031555
dfoster@lockelord.com
600 Congress Ave., Suite 2200
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Facsimile)

**Robert T. Mowrey**
State Bar No. 14607500
rmowrey@lockelord.com
**Elizabeth Hayes**
Texas Bar No. 24069001
elizabeth.hayes@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record *via the Court's CM/ECF system* on this 7th day of August 2019.

*/s/ Elizabeth Hayes*
Elizabeth Hayes

**JOINT MOTION TO DISMISS WITH PREJUDICE**                                                                **PAGE 2**