# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **ALCARIO B. SOLIZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | )  **CIVIL ACTION NO. SA-19-CA-0524-FB** |
| | ) |
| **CITIMORTGAGE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the parties' Joint Motion to Dismiss With Prejudice. (Docket no. 10). Although a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) allows the plaintiff to dismiss an action voluntarily without a court order, the parties have filed a motion requesting an order of dismissal with prejudice and judgment from this Court. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the parties' Joint Motion to Dismiss With Prejudice (docket no. 10) is GRANTED such that all claims plaintiff, Alcario B. Soliz, asserted, or could have asserted, against defendant, CitiMortgage, Inc., in this lawsuit are hereby DISMISSED WITH PREJUDICE. All taxable costs, expenses, and attorneys fees are to be borne by the party incurring the same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 8th day of August, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE